JEFFREY H. WOOD
Acting Assistant Attorney General
MARISSA A. PIROPATO (MA 651630)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0470 / Fax: (202) 305-0506
marissa.piropato@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al. <br><br> Defendants. <br><br>―――――――――――――――― <br><br> SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, in his official capacity as Secretary of the Interior, et al. <br><br> Defendants. | Case No. 3:17-cv-07186-WHO <br><br> Related to No. 3:17-cv-07187-WHO <br><br> **NOTICE OF LODGING PRELIMINARY ADMINISTRATIVE RECORD** <br><br> Date: February 7, 2018 <br> Time: 2:00 pm <br> Judge: Hon. William H. Orrick <br><br> Courtroom 2, 17th Floor <br> 450 Golden Gate Ave., San Francisco, CA |

# NOTICE OF LODGING

Federal Defendants submit the following Notice of Filing of a Copy of the Preliminary Administrative Record compiled for the "Waste Prevention, Production Subject to Royalties, and Resource Conservation: Delay and Suspension of Certain Requirements" Rule and contained in electronic form on one DVD. The Preliminary Administrative Record contains the majority of documents that will be in the Final Administrative Record, including the principal documents considered by the relevant decision-maker. The files that comprise the Preliminary Administrative Record have been consecutively Bates numbered. The files have been put in PDF format, except for certain data files that have been produced as Excel spreadsheets. A Preliminary Administrative Record Index is included on the DVD. Copies of the Preliminary Administrative Record in electronic form have been served on counsel for Plaintiffs.

Respectfully submitted this 16th day of January, 2018.

By: /s/ *Marissa Piropato*
MARISSA PIROPATO
CLARE BORONOW

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, a copy of the **NOTICE OF LODGING** was served by filing a copy of that document with the Court's CM/ECF system, which will send notice of electronic filing to counsel of record.

/s/ *Marissa Piropato*
Marissa Piropato