UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 17-cv-07186-WHO;<br>17-cv-07187-WHO<br><br>**ORDER GRANTING MOTIONS TO INTERVENE** |
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants. | |

Proposed Intervenors Western Energy Alliance, Independent Petroleum Association of America, American Petroleum Institute, the State of North Dakota, and the State of Texas seek to intervene in these matters on behalf of defendants pursuant to Federal Rule of Civil Procedure 24. Plaintiffs did not oppose their intervention. Proposed intervenors have met the standards for intervention under both Rule 24(a) and (b). Because intervenors represent separate and distinct interests from each other and the named defendants, I allowed them to file separate supplemental briefing and to participate in the hearing. Intervention is granted.

**IT IS SO ORDERED.**

Dated: February 26, 2018

William H. Orrick
United States District Judge