FILED

JUN 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Xavier Becerra, Attorney General; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> STATE OF TEXAS; et al., <br><br> Intervenor-Defendants. | No. 18-15711 <br><br> D.C. Nos. 3:17-cv-07186-WHO <br> 3:17-cv-07187-WHO <br> Northern District of California, San Francisco <br><br> ORDER |

Appellants' motion (Docket Entry No. 25) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7

SM/Pro Mo/6/18/2018