UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORDER DENYING MOTION TO RELATE

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed and opposed. As the judge assigned to case:

17-cv-07186-WHO

State of California v. Bureau of Land Management

I find that the more recently filed case that I have initialed below is not related to the case assigned to me, and such case shall not be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 18-cv-05712-DMR | State of California v. Zinke | | WHO |

Dated: September 25, 2018

By: /s/ William H. Orrick

William H. Orrick

United States District Judge

1