**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; EARTHWORKS; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; THE WILDERNESS SOCIETY; NATIONAL WILDLIFE FEDERATION; CITIZENS FOR A HEALTHY COMMUNITY; DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT; ENVIRONMENTAL LAW AND POLICY CENTER; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS; MONTANA ENVIRONMENTAL INFORMATION CENTER; SAN JUAN CITIZENS ALLIANCE; WESTERN ORGANIZATION OF RESOURCE COUNCILS; WILDERNESS WORKSHOP; WILDEARTH GUARDIANS; and WYOMING OUTDOOR COUNCIL,

    Plaintiffs,

    v.

RYAN ZINKE, in his official capacity as Secretary of the Interior; BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,

    Defendants.

Case No. 3:17-cv-07187-WHO

Related to Case No. 3:17-cv-07186-WHO

Judge: Hon. William H. Orrick

**ORDER GRANTING ADMINISTRATIVE MOTION TO HOLD CASES IN ABEYANCE**

Pursuant to Plaintiffs' and Defendants' Administrative Motion to Hold Cases in Abeyance, IT IS SO ORDERED. These cases are held in abeyance pending expiration of the Suspension Rule on January 17, 2019, and the summary judgment briefing schedule is hereby VACATED.

IT IS SO ORDERED.

Dated: _October 22, 2018_____

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE