**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; EARTHWORKS; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; THE WILDERNESS SOCIETY; NATIONAL WILDLIFE FEDERATION; CITIZENS FOR A HEALTHY COMMUNITY; DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT; ENVIRONMENTAL LAW AND POLICY CENTER; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS; MONTANA ENVIRONMENTAL INFORMATION CENTER; SAN JUAN CITIZENS ALLIANCE; WESTERN ORGANIZATION OF RESOURCE COUNCILS; WILDERNESS WORKSHOP; WILDEARTH GUARDIANS; and WYOMING OUTDOOR COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior; BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants. | Case No. 3:17-cv-7187-WHO<br><br>Related to Case No. 3:17-cv-7186-WHO<br><br>Judge: Hon. William H. Orrick<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to the Parties' Joint Stipulation of Voluntary Dismissal, IT IS SO ORDERED. The Court hereby dismisses *Sierra Club v. Bernhardt*, No. 3:17-cv-7187-WHO, and related case *State of California v. U.S. Bureau of Land Management*, No. 3:17-cv-7186-WHO. Both cases are dismissed without prejudice. The Court retains jurisdiction over Case No. 3:17-cv-07187-WHO solely for the purpose of resolving any application for attorneys' fees and costs filed by Plaintiffs in that case. All other parties in both cases shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 29, 2019

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE