**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB, et al., | ) |
| | ) Case No. 3:17-cv-07187-WHO |
| Plaintiffs, | ) |
| | ) Related to Case No. 3:17-cv-07186-WHO |
| v. | ) |
| | ) Judge: Hon. William H. Orrick |
| DAVID BERNHARDT, in his official capacity | ) |
| as Secretary of the Interior, et al., | ) |
| | ) **ORDER GRANTING JOINT** |
| Defendants. | ) **STIPULATION TO EXTEND BRIEFING** |
| | ) **SCHEDULE FOR PETITION FOR** |
| | ) **ATTORNEY FEES AND COSTS** |
| | ) |

The STIPULATION to extend the briefing schedule for Plaintiffs' petition for attorneys' fees, costs, and other expenses is GRANTED.

1. If the parties are unable to reach a settlement, Plaintiffs will amend their Petition for Attorneys' Fees, Costs, and Other Expenses by July 1, 2019.

2. Federal Defendants will respond to Plaintiffs' amended motion within 35 days of the filing of Plaintiffs' amended motion, and Plaintiffs will reply within 14 days of the filing of Federal Defendants' response.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on the motion shall be set by the stipulation of the parties for a hearing more than two weeks after the reply is filed.

Dated: May 9, 2019

_____
William H. Orrick
United States District Judge

Order Granting Joint Stipulation to Extend Briefing Schedule for Petition for Attorney Fees and Costs
Case No. 3:17-cv-07187-WHO (consolidated with Case No. 3:17-cv-07186-WHO)                    1